JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mike Bindra,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>ALESSANDRO CIANI, an individual and LUXURY VINTAGE CONCEPT, INC, a corporation duly incorporated in the state of California,<br><br>　　　　　Defendants. | Case No.: 2:23-cv10765-SVW<br><br>**Judgment** |

At trial for this matter, the jury rendered its verdict, which included the following findings:

(1) Plaintiff failed to prove his fraud claim against Alessandro Ciani.

(2) Plaintiff proved his breach of contract claim against Luxury Vintage Concept, Inc.

(3) Plaintiff is entitled to damages of $150,000 for his breach of contract claim if he returns the Audemars Piguet ref. 5402 (the "AP Watch") to Alessandro Ciani.

(4) Plaintiff failed to use reasonable efforts to mitigate damages with respect to his breach of contract claim.

(5) Because Plaintiff failed to use reasonable efforts to mitigate his damages, Plaintiff's breach of contract damages should be reduced by $22,000.

In light of the jury's verdict, IT IS ORDERED AND ADJUDGED that:

(1) Defendant Luxury Vintage Concept, Inc. pay $128,000 to Plaintiff.

(2) Plaintiff must return the AP Watch to Luxury Vintage Concept, Inc.

(3) Plaintiff is the prevailing party, and therefore may submit a "Bill of Costs" and an "Application to the Clerk to Tax Costs" to recover any eligible litigation costs in this action. *See* C.D. Cal. R. 54-2, 542.1.

**IT IS SO ORDERED.**

Date: November 6, 2024

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE